BEFORE THE SECOND DIVISION, MARCH 4, 1942

No. 46997.—Protests 885426–G, etc., of John C. Sleater Co., Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

No. 46998.—Protests 71653–K, etc., of Waldburger Grant & Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.